IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON GREGORY LEAL,<br>　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 3:20-CV-1866-N-BK<br>(Criminal No. 3:16-CR-15-N-1) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Movant's request for extension of time to file a motion to vacate sentence under 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE